IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PAUL L. BROWNING,

    Petitioner,

v.

TIMOTHY FILSON, *et al.*,

    Respondents.

No. 3:05-cv-0087-RCJ-WGC

ORDER

In this capital habeas corpus action, this Court denied Paul Lewis Browning's Fifth Amended Habeas Corpus Petition, and Judgment was entered denying the Petition on August 1, 2014 and January 13, 2015. *See* ECF 177, 195. Browning appealed, and on September 17, 2017 the Ninth Circuit Court of Appeals reversed and remanded the case to this Court with instructions for this Court to grant Browning habeas corpus relief with respect to his convictions of Murder, Robbery, Burglary, and Use of a Deadly Weapon. *See Browning v. Baker*, 875 F.3d 444 (9th Cir. 2017). The Court of Appeals denied rehearing on November 3, 2017. The United States Supreme Court denied *certiorari* on June 4, 2018. *See Filson v. Browning*, ___ U.S. ___, 2018 WL 1696869 (No. 17–1390, June 4, 2018).

[PROPOSED] ORDER - 1

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

The Court of Appeals issued its Mandate on July 17, 2018. ECF No. 221. The Court of Appeals' Order, reversing the Judgment of this Court and remanding the case with instructions to grant the writ as described above, states:

> The Supreme Court of Nevada's denial of Browning's claims under *Brady* and *Strickland* constituted an unreasonable application of clearly established Supreme Court precedent. Browning is entitled to a writ of habeas corpus with respect to his convictions of burglary, robbery with the use of a deadly weapon, and murder with the use of a deadly weapon. Because Browning has offered no reason to call the validity of his escape conviction into question, he is not entitled to habeas relief as to that conviction.

875 F.3d at 476.

IT IS THEREFORE ORDERED that Petitioner's Fifth Amended Petition for a Writ of Habeas Corpus (Dkt. No. 115) is GRANTED with respect to Petitioner's claims of ineffective assistance of counsel and violations of the due process right to disclosure of exculpatory and impeaching evidence, as delineated in the opinion of the Court of Appeals. See *Browning*, 875 F.3d at 459-476. The Respondents shall release Petitioner from custody on his conviction and sentences for Burglary, Robbery with the Use of a Deadly Weapon, and Murder with the Use of a Deadly Weapon, unless the State of Nevada conducts a new trial on these charges untainted by the constitutional violations found therein.

IT IS FURTHER ORDERED that Petitioner shall be released from custody on these charges unless, within sixty (60) days of the date of this order, the respondents file in this action a written notice of election to retry petitioner on these charges, and within one hundred eighty (180) days of the date of this order the State of Nevada commences jury selection in that retrial. Either party may request from this Court reasonable modification of the time limits set forth in this paragraph.

IT IS FURTHER ORDERED that the Clerk of Court shall enter Judgment accordingly.

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

DATED this 25th day of July, 2018.

_____
Honorable Robert C. Jones
United States District Court Judge

Presented by:

_____
Timothy K. Ford
Attorney for Petitioner

Approved as to form:

_____
Jeffrey M. Conner
Attorney for Respondent:

[PROPOSED] ORDER - 3

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961