UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PAUL L. BROWNING,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:05-cv-00087-RCJ-WGC

Order

In this capital habeas corpus action, on July 25, 2018, this Court granted the petitioner, Paul L. Browning, habeas corpus relief in accordance with the order of the Ninth Circuit Court of Appeals (ECF Nos. 225, 226). The Court ordered that "Petitioner shall be released from custody ... unless, within sixty (60) days of the date of this order, the respondents file in this action a written notice of election to retry petitioner on these charges, and within one hundred eighty (180) days of the date of this order the State of Nevada commences jury selection in that retrial." Order entered July 25, 2018 (ECF No. 225), p. 2. The 180-day period during which the retrial was to commence would expire on January 21, 2019.

On January 10, 2019, the parties jointly filed a stipulated motion for an extension of time (ECF No. 228), requesting that the time for the retrial to commence be extended by 60 days, to March 22, 2019. Good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Motion to Extend Deadline for Retrial 60 Days (ECF No. 228) is **GRANTED**. The State shall commence jury selection in the petitioner's retrial no later than **March 22, 2019**.

1

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall substitute William Gittere for Timothy Filson, on the docket for this case, as the respondent warden.

DATED THIS 14th day of January, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE